UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
PAMELA CARVEL,                       :
                                     :  09 Civ. 0722 (LAK) (JCF)
                    Plaintiff,       :
                                     :          O R D E R
        - against -                  :
                                     :
LEONARD ROSS, ROSS & MATZA, EVE      :
MARKEWICH, MARKEWICH & ROSENSTOCK,   :
BLANK ROME, FRANK STRENG, McCARTHY   :
FINGAR, JOEL ARNOU, ANTHONY          :
SCARPINO, JOHN/JANE DOE 1-20, DOE    :
CO. 1-20,                            :
                    Defendants.      :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/10

    The defendants having moved to dismiss the complaint, and one of the grounds for their motion being the absence of diversity jurisdiction, it is hereby ORDERED that an evidentiary hearing will be held on March 17, 2010 at 11:00 a.m. in courtroom 18-D at 500 Pearl Street, New York, New York to consider the issue of the plaintiff's domicile.  The parties should be prepared to present all testimony and documentary evidence relevant to this issue.

                    SO ORDERED.

                    _____
                    JAMES C. FRANCIS IV
                    UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        March 3, 2010

1

Pamela Carvel
110 West Ninth Street, Suite 177
Wilmington, DE 19801

Pamela Carvel
28 Old Brompton Road
Suite 158
London SW 7 3SS
U.K.

Philip Touitou, Esq.
Concepcion A. Montoya, Esq.
Hinshaw & Culbertson LLP
780 Third Avenue
New York, New York 10017

Joseph J. Brophy, Esq.
Dina Aversano, Esq.
McCarthy Fingar
11 Martine Avenue, 12th Floor
White Plains, New York 10606

Jack D. Matza, Esq.
Leonard Ross
Ross & Matza
265 Sunrise Highway, Suite 65
Rockville Center, New York 11570