UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
PAMELA CARVEL,                          : 09 Civ. 0722 (LAK) (JCF)
                                        :
             Plaintiff,                 :        O R D E R
                                        :
     - against -                        :
                                        :
LEONARD ROSS, ROSS & MATZA, EVE         :
MARKEWICH, MARKEWICH & ROSENSTOCK,      :
BLANK ROME, FRANK STRENG, McCARTHY      :
FINGAR, JOEL ARNOU, ANTHONY             :
SCARPINO, JOHN/JANE DOE 1-20, DOE       :
CO. 1-20,                               :
             Defendants.                :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/10
```

Defendants Leonard Ross and Ross & Matza (the "Ross defendants"), Eve Rachel Markewich, Blank Rome LLP, and Markewich and Rosenstock LLP (the "Blank Rome defendants"); and McCarthy Fingar LLP, Frank Streng, and Joel Arnou (the "McCarthy Fingar defendants") having moved to dismiss the complaint or, alternatively, for a more definite statement, it is hereby ORDERED as follows:

1. Defendants' motion for a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure is granted. By July 16, 2010, plaintiff shall submit a document clarifying her claims as follows:

    a. Separately for each defendant, identify each claim asserted against that defendant.

    b. For each claim identified pursuant to paragraph 1(a) above, set forth any fact supporting the plausibility of the claim.

    c. For any fact identified pursuant to paragraph 1(b) above that refers to conduct by any defendant, set forth the date

on which that conduct occurred.

        d. For any alleged conduct by any defendant, set forth how that conduct caused injury to plaintiff.

    2. Plaintiff is reminded of the obligations set forth in Rule 11 of the Federal Rules of Civil Procedure and of the sanctions for violation of those obligations.

    3. Defendants' motions to dismiss (Docket Nos. 10, 16, and 28) are denied without prejudice to renewal following plaintiff's compliance with paragraph 1 above. Within 14 days of plaintiff's submission pursuant to paragraph 1 above, defendants' counsel shall advise the court whether they wish to supplement their motions to dismiss. If they do not, the motions will be deemed renewed based on the papers previously filed.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
           July 2, 2010

Copies mailed this date:

Pamela Carvel
110 West Ninth Street, Suite 177
Wilmington, DE 19801

Pamela Carvel
28 Old Brompton Road
Suite 158
London SW 7 3SS
U.K.

Philip Touitou, Esq.
Concepcion A. Montoya, Esq.
Hinshaw & Culbertson LLP
780 Third Avenue
New York, New York 10017

Joseph J. Brophy, Esq.
Dina Aversano, Esq.
McCarthy Fingar
11 Martine Avenue, 12th Floor
White Plains, New York 10606

Jack D. Matza, Esq.
Leonard Ross
Ross & Matza
265 Sunrise Highway, Suite 65
Rockville Center, New York 11570