UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PAMELA CARVEL,

                        Plaintiff,

              -against-                                 09 Civ. 0722 (LAK)

LEONARD ROSS, et al.,

                        Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The remaining claims against McCarthy Fingar LLP, Joel Aurnou and Frank Streng are dismissed, substantially for the reasons set forth in the report and recommendation of Magistrate Judge James C. Francis, IV, to which no objection has been filed. As this disposes off all remaining claims, the Clerk shall enter final judgment and close the case.

        SO ORDERED.

Dated:       October 4, 2011

                                                                Lewis A. Kaplan
                                                        United States District Judge